UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:13-CR-183-1BO
Civil No. 5:15-CV-75-BO

CORBY MONTRELLE BRIDGERS,          )
                                   )
              Petitioner,          )
                                   )
       v.                          )          ORDER
                                   )
UNITED STATES OF AMERICA,          )
                                   )
              Respondent.          )

    Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

    SO ORDERED.  This ⟋ day of March, 2015.


                            _____
                            TERRENCE W. BOYLE
                            UNITED STATES DISTRICT JUDGE